IN THE FEDERAL COURT FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| D.C. KEENAN AND ASSOCIATES, P.C. | ) | |
| AND DON KEENAN, | ) | |
| PLAINTIFFS, | ) | NO. 2016-CV-00163 |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES R. MILLER II, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41

Comes now, the Plaintiff and serves notice that this case be dismissed pursuant to Fed R. Civ. R. 41(a)(1)(i). Defendant has not filed an answer or a responsive pleading in this matter.

Respectfully submitted,

MASSEY & ASSOCIATES, PC

By: /s/ Danny R Ellis
Danny R. Ellis, BPR # 20747
6400 Lee Hwy, Suite 101
Chattanooga, TN 37421
423.697.4529
423.634.8886

# CERTIFICATE OF SERVICE

  I hereby certify that the above referenced document has been emailed via ECF and hard copy mailed to counsel for the defendant, addressed as follows:

    James R. Miller, II
    200 East Main Street, Suite 102
    Johnson City, TN 37604

  This 25th day of September, 2017.

            _____/s/ Danny R. Ellis_____
            Danny R. Ellis